

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Estate of Paris Alfred Mims, Jr., Deceased

No. 06-21-00005-CV

Appeal from the County Court at Law of Walker County, Texas (Tr. Ct. No. 9283PR). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED MARCH 5, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk